**Dorothy A. HARRISON,**
**Plaintiff–Appellant**

v.

**Melvin HENRY, Defendant–Appellee.**

**No. 10–60971**
**Summary Calendar.**

United States Court of Appeals,
Fifth Circuit.

July 7, 2011.

Dorothy A. Harrison, Meridian, MS, pro se.

Melvin Henry, Laurel, MS, pro se.

Before DAVIS, SMITH, and SOUTHWICK, Circuit Judges.

PER CURIAM: \*

Dorothy Harrison appeals the dismissal of her complaint seeking a paternity adjudication and the establishment of child support and custody rights. Federal

---

courts lack subject matter jurisdiction over "the domestic relations of husband and wife, parent and child." *Ex parte Burrus,* 136 U.S. 586, 593–94, 10 S.Ct. 850, 34 L.Ed. 500 (1890); *see Franks v. Smith,* 717 F.2d 183, 185 (5th Cir.1983). Accordingly, the dismissal for want of subject matter jurisdiction is AFFIRMED. *See Jones v. United States,* 625 F.3d 827, 829 (5th Cir. 2010) (per curiam).

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.